WILLIAM C. RUGER et al., Respondents, *v.* JAMES J. BELDEN et al., Appellants.

(Submitted December 12, 1882 ; decided January 16, 1883.)

*Martin A. Knapp* for appellants.

*Louis Marshall* for respondents.

Agree to affirm.    No opinion.
All concur.
Order affirmed.